IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHEMEKIA HART                                                                                    PLAINTIFF
*On behalf of*
D.J.J., A MINOR

vs.                                        Civil No. 1:11-cv-01017

MICHAEL J. ASTRUE                                                                         DEFENDANT
Commissioner, Social Security Administration

## **J U D G M E N T**

For reasons stated in a memorandum opinion of this date, this Court **GRANTS** Defendant's Motion to Dismiss (ECF No. 6) and dismisses Plaintiff's case with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED this 27th day of July 2011.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE